# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGEY MKHITARYAN,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE, et al.,

    Defendant(s).

Case No. 2:20-cv-02169-JAD-NJK

**Order**

[Docket No. 10]

Pending before the Court is Plaintiff's motion to extend the time to file an amended complaint. Docket No. 10.

The Court may extend an unexpired deadline upon a showing of good cause. Fed. R. Civ. P. 6(b)(1).

In this instance, Plaintiff indicates that an additional year is needed to prepare an amended complaint. *See* Docket No. 10 at 2 (addressing desire to consult an attorney, research the law, and obtain information on factual issues). Although there is justification for an extension, an adequate showing has not been made for the lengthy extension sought.[1] Instead, the Court finds an extension of two months to be appropriate.

Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline to file an amended complaint is **EXTENDED** to October 19, 2021.

. . .

---

[1] To be clear, a party must generally plead a claim sufficiently before proceeding to discovery on that claim. *Cf. Mujica v. AirScan, Inc.*, 771 F.3d 580, 593 (9th Cir. 2014) ("[P]laintiffs must satisfy the pleading requirements of Rule 8 *before* the discovery stage, not after it" (emphasis in original)). Nothing stated herein should be construed to the contrary.

1

  Plaintiff must use this extra time to the best of his ability to comply with the deadline set herein, as <u>the Court is not inclined to grant further extensions absent a more robust showing of good cause.</u>

  IT IS SO ORDERED.

  Dated: August 24, 2021

                  _____
                  Nancy J. Koppe
                  United States Magistrate Judge