# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-02169-JAD-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Plaintiff's motion to send orders to two addresses and motion to extend time to file an amended complaint. Docket No. 15. The Court granted that relief in an order issued on September 30, 2021. Docket No. 14. Accordingly, the duplicative motion that is currently pending is **DENIED** as moot.

IT IS SO ORDERED.

Dated: October 1, 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1