# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>  Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>  Defendant(s). | Case No. 2:20-cv-02169-JAD-NJK<br><br>**Order** |

On September 30, 2021, the Court referred this matter to the Pro Bono Program to inquire specifically as to whether Dominic Gentile and/or Paola Armeni would represent Plaintiff in this matter. Docket No. 14. Neither Mr. Gentile nor Ms. Armeni having entered an appearance to date, the Court **REFERS** this matter to the Pro Bono Program to inquire more broadly for an attorney who would be willing to represent Plaintiff in this matter. The Clerk's Office is **INSTRUCTED** to provide notice of this order to the Court's pro bono liaison.

In the event counsel is not obtained through this referral by December 30, 2021, the Court will consider additional steps to ensure Plaintiff's interests are properly protected. *Cf. Davis v. Walker*, 745 F.3d 1303, 1311 (9th Cir. 2014).

IT IS SO ORDERED.

Dated: November 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge