# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-02169-JAD-NJK<br><br>**Order** |

On September 30, 2021, the Court referred this matter to the Pro Bono Program to inquire specifically as to whether Dominic Gentile and/or Paola Armeni would represent Plaintiff in this matter. Docket No. 14. Neither Mr. Gentile nor Ms. Armeni filing a notice of appearance, on November 2, 2021, the Court referred the matter to the Pro Bono Program for a more generalized search for an attorney who would be willing to represent Plaintiff in this matter. Docket No. 22. The Court has been informed that this search is underway and that it will continue for another 30 days. In the event counsel is not obtained through this referral by February 15, 2022, the Court will consider additional steps to ensure Plaintiff's interests are properly protected. *Cf. Davis v. Walker*, 745 F.3d 1303, 1311 (9th Cir. 2014).

　　　　IT IS SO ORDERED.

　　　　Dated: January 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge