# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SERGEY MKHITARYAN,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:20-cv-02169-ART-NJK

**Order**

[Docket No. 34]

Pending before the Court is Plaintiff's motion to extend the time to file an amended complaint. Docket No. 34. For good cause shown, the motion to extend is **GRANTED**. Plaintiff must file an amended complaint or a notice of voluntary dismissal by August 22, 2022.

IT IS SO ORDERED.

Dated: June 22, 2022

                                        Nancy J. Koppe
                                      United States Magistrate Judge