UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>　　　　　　Defendants | Case No. 2:20-cv-02169-ART-NJK<br><br>ORDER |

　　　Plaintiff, counseled, filed a notice of voluntary dismissal. (ECF No. 36). Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no responsive pleading has been filed in this case, the Court dismisses this action without prejudice.

　　　For the foregoing reasons, it is ordered that this case is dismissed in its entirety without prejudice.

　　　It is further ordered that the Clerk of the Court will close the case.


　　　DATED THIS 6th day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE