UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN, | Case No. 2:20-cv-02169-ART-NJK |
| Plaintiff | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendants | |

In 2022, this case was closed after Plaintiff filed a notice of voluntary dismissal through appointed counsel, the Federal Public Defender. (ECF Nos 36, 38.) Two years later, Plaintiff filed several motions requesting various forms of relief, which the Court construes as requests to reopen this case. (ECF Nos. 39, 40, 41, 42, 43, 45.) The Court ordered the FPD to submit a status report. (ECF No. 46.)

Assistant Federal Public Defenders Alicia R. Intriago and Stacy M. Newman informed the Court that they are currently representing Plaintiff in another civil rights lawsuit in this district, *Mkhitaryan v. Clark County*, case no. 2:24-cv-00708-RFB-NJK, which Plaintiff initiated before moving to reopen this case. (ECF No. 48 at 2.) Counsel stated that they anticipate that the newly filed lawsuit will be the sole avenue by which Plaintiff will seek relief under 28 U.S.C. § 1983, and that they will continue to represent him in that lawsuit. (*Id.*) In that case, they are currently providing status reports regarding Plaintiff's ongoing competency proceedings before Nevada's Eighth Judicial District Court. (*Id.*)

Because Plaintiff is being represented by counsel and pursuing relief in another case, the Court finds that re-opening this case is unnecessary.

The Court therefore orders that Plaintiff's motions (ECF Nos. 39, 40, 41, 42, 43, 45) are denied. This case remains closed.

DATED: January 14, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE